**Shaun Darnell GARLAND,**
**Plaintiff—Appellant,**

v.

**M. YARBOROUGH, Warden; et al., Defendants—Appellees.**

**No. 04–56917.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.*
Decided May 16, 2005.

Shaun Darnell Garland, COSP-3C Corcoran State Prison Level 3C Facility, Corcoran, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, CANBY, and THOMAS, Circuit Judges.

MEMORANDUM **

California state prisoner Shaun Darnell Garland appeals pro se the district court's dismissal without prejudice of his 42 U.S.C. § 1983 action for failure to timely serve the summons and complaint. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion, *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), and we affirm.

The district court properly dismissed the action without prejudice to refiling, because Garland failed properly to serve a summons and complaint on the defendants within 120 days. *See* Fed.R.Civ.P. 4(m); *Oyama v. Sheehan (In re Sheehan)*, 253 F.3d 507, 511 (9th Cir.2001).

Garland's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.